

# Fourth Court of Appeals
## San Antonio, Texas

April 23, 2025

No. 04-24-00598-CV

**IN RE** Robert **OTERO**

Original Proceeding[1]

**ORDER**

Sitting:      Irene Rios, Justice
               Lori I. Valenzuela, Justice
               Velia J. Meza, Justice

On September 9, 2024, relator filed a petition for writ of mandamus and a motion for emergency relief.

After considering the mandamus petition, this court concludes relator is not entitled to the relief sought. Since the trial court's order only requires disclosure of those documents relating to RLF's representation of BIDACO and does not require production of documents relating to RLF's representation of Otero in matters involving Associated Collision Center or Otero's previous lawsuit against BIDACO, the petition for writ of mandamus is **DENIED**. We lift the stay granted on September 11, 2024.

It is so **ORDERED** on April 23, 2025.

_____
Velia J. Meza, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of April, 2025.

_____
Caitlin A. McCamish, Clerk of Court

---

[1]This proceeding arises out of Cause No. 23230A, styled *Loren Brown, Dean Davis, and Bill Mochel v. Robert Otero*, pending in the 216th Judicial District Court, Kerr County, Texas, the Honorable Albert D. Pattillo, III presiding.